# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3975

_____

| | |
|---|---|
| James Eli Huff, II, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the Eastern |
| | * District of Arkansas. |
| Linda Sanders, Warden, | * |
| FCC - Forrest City, Arkansas, | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: November 5, 2009
Filed: December 14, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

James Huff appeals from the district court's[1] order granting in part and denying in part his 28 U.S.C. § 2241 petition. He also has filed a motion to supplement the appellate record with a document filed in the district court, which we grant. Having carefully reviewed the district court's factual findings for clear error and its

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the Recommended Disposition of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

conclusions of law de novo, see Chavez v. Weber, 497 F.3d 796, 801 (8th Cir. 2007), we conclude the district court's decision was correct. See Reno v. Koray, 515 U.S. 50, 62-63, 65 (1995) (no sentencing credit for court-ordered time spent in community treatment center after release on bail and pending sentencing; notwithstanding restrictive conditions, time was not "official detention" within meaning of 18 U.S.C. § 3585(b)); United States v. Johnson, 418 F.3d 879, 880-81 (8th Cir. 2005) (defendant not entitled to credit for time served in halfway house during period of supervised release). Accordingly, we affirm. See 8th Cir. R. 47B.

_____